```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES RODRIGUEZ,

                Plaintiff,

-against-

MARK MILLER,

                Defendant.

24-CV-02715 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Respondent Mark Miller ("Respondent") filed a motion to dismiss the Petition on August 19, 2024.  *See* Dkt. No. 20.  On September 6, 2024 and on September 16, 2024, respectively, Petitioner Andres Rodriguez ("Rodriguez") made two filings in opposition to the motion to dismiss.  *See* Dkt. Nos. 23 and 25.  In light of Petitioner's *pro se* status, the Court will consider both filings as Petitioner's opposition to the motion to dismiss.  Also on September 16, 2024, before Respondent's second opposition had been electronically filed, Respondent filed a reply.  *See* Dkt. No. 24.  Because Petitioner's second filing was filed after Respondent filed a reply, Respondent may supplement his reply brief, if he chooses to do so, by no later than **September 26, 2024.**

      The Clerk of Court is directed to mail a copy of this Order to Petitioner.

Dated: September 19, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge