UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES RODRIGUEZ,

                    Petitioner,

  -v-

JAMES M. BURKE, et al.,

                    Respondents.

24-CV-2715 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court is in receipt of Petitioner's letter. (ECF 29.) It is the practice of the undersigned to handle petitions for habeas corpus in the order in which the petitions were received.

DATED:  December 2, 2024
        New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge