UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDRES RODRIGUEZ,

                Petitioner ,                    24 **CIVIL** 2715 (MMG)(RFT)

      -against-                              **JUDGMENT**

MARK MILLER,

                Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 6, 2025, where no timely objections are made, the Court may adopt the R&R as long as there is no clear error on the face of the record. *Sacks v. Gandhi Eng'g, Inc.*, 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014). The Court has carefully reviewed the record and the R&R.0F1. As there are no objections and as the Court finds no clear error in the record, the Court has hereby adopted the R&R in its entirety**.** For the reasons stated in the R&R, the motion to dismiss the petition as untimely is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           March 7, 2025

                                                  **TAMMI M. HELLWIG**

                                                     **Clerk of Court**

                         **BY:**        *K. Mango*

                                                     **Deputy Clerk**